## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Lucas Aranda

                                                    Plaintiff,

v.                                                                           Case No.: 1:16–cv–07610
                                                                          Honorable John Z. Lee

Porkchop Hyde Park, LLC d/b/a Porkchop, et al.

                                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 11, 2016:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the joint stipulation of dismissal, this case is dismissed with prejudice with each party incurring its own attorneys' fees and costs. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.